UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JESUS HILARIO-BELLO,<br><br>                 Defendant. | 11 Cr. 755 (KPF) |
| JESUS HILARIO-BELLO,<br><br>                 Movant,<br><br>-v.-<br><br>UNITED STATES OF AMERICA<br><br>                 Respondent. | 16 Civ. 4971 (KPF)<br>19 Civ. 6964 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      Defendant-Petitioner Jesus Hilario-Bello has three cases before this Court: one criminal case, Case No. 11 Cr. 755, and two civil cases, Case No. 16 Civ. 4971 and Case No. 19 Civ. 6964. The civil cases, now closed, arose from motions to vacate, set aside, or correct his sentences under 28 U.S.C. § 2255. (*See* Case No. 16 Civ. 4971, Dkt. #1; Case No. 19 Civ. 6964, Dkt. #1). Mr. Hilario-Bello seeks to reopen those cases in light of proffered changes in law (*see* Case No. 16 Civ. 4971, Dkt. #8; Case No. 19 Civ. 6964, Dkt. #20), and he has filed an identical application in his criminal case (*see* Case No. 11 Cr. 755, Dkt. #578; *see also id.*, Dkt. #580 (same motion but without missing pages)). (Mr. Hilario-Bello also seeks to reopen Case No. 19 Civ. 6964 for other reasons under Federal Rule of Civil Procedure 60(b); the Court addresses that motion in a separate order.)

The Court is presently considering Mr. Hilario-Bello's application in his criminal case (*see* Case No. 11 Cr. 755, Dkt #579, 581) and will not consider the applications in his civil cases because there is no basis to revisit Judge Keenan's earlier decisions (*see* Case No. 16 Civ. 4971, Dkt. #6; Case No. 19 Civ. 6964, Dkt. #17) nor any other basis for a second or successive § 2255 motion. *See* 28 U.S.C. § 2255(h) (outlining conditions for second or successive motions). Accordingly, Case No. 16 Civ. 4971 and Case No. 19 Civ. 6964 remain closed.

The Clerk of Court is directed to file this Order in all three cases and to terminate the pending motions at docket entry 8 in Case No. 16 Civ. 4971 and docket entry 20 in Case No. 19 Civ. 6964. The Clerk of the Court is also directed to conform the case captions in Case No. 16 Civ. 4971 and Case No. 19 Civ. 6964 to the caption in this Order (that is, to list Jesus Hilario-Bello as Movant and the United States of America as Respondent). Last, the Clerk of Court is directed to mail a copy of this Order to Mr. Hilario-Bello at the following address: Jesus Hilario-Bello, USM No. 67002-054, FCI Forrest City Low, Federal Correctional Institution, P.O. Box 9000, Forrest City, AR 72336.

SO ORDERED.

Dated:   October 16, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge